UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RHONDA JENNINGS,** *on behalf of herself and others similarly situated*,

      Plaintiffs,

  v.

**SUN BEHAVIORAL HEALTH, INC.**,

      Defendant.

**Case No. 2:24-cv-3358**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on Plaintiff Rhonda Jennings' Unopposed Motion for Approval of FLSA Collective Action Settlement and Dismissal with Prejudice. (ECF No. 25.) Therein, Ms. Jennings voluntarily dismisses her Rule 23 class action claims and seeks to resolve her § 216(b) collective action claims.

Before a district court approves a settlement, it must find that the settlement is "fair, reasonable, and adequate." *Johnson v. Midwest Logistics Sys., Ltd.*, No. 2:11-CV-1061, 2013 WL 2295880, at *4 (S.D. Ohio May 24, 2013) (Marbley, J.) (citing *UAW v. Gen. Motors Corp.*, 497 F.3d 615, 631 (6th Cir. 2007)). In making this determination, courts look to seven factors:

> (1) the risk of fraud or collusion; (2) the complexity, expense, and likely duration of the litigation; (3) the amount of discovery engaged in by the parties; (4) the likelihood of success on the merits; (5) the opinions of class counsel and class representatives; (6) the reaction of absent class members; and (7) the public interest.

*Id.* (citing *UAW*, 497 F.3d at 631). Courts must also "ensure that the distribution of the settlement proceeds is equitable." *Myres v. Hopebridge, LLC*, No. 2:20-CV-5390, 2023 WL 2399056, at *5 (S.D. Ohio Feb. 21, 2023) (Sargus, J.) (citation omitted).

Having reviewed the Motion and all its attachments, including the Collective Action Settlement Agreement and Release (ECF No. 25-1), the Court is satisfied that the proposed settlement is fair, reasonable, and adequate and that the proposed distribution of settlement proceeds is equitable. As such, the Joint Motion is **GRANTED**. The Settlement Agreement is **APPROVED** on the terms and conditions set forth therein. This matter is **DISMISSED with prejudice**, though the Court will retain jurisdiction over any disputes pertaining to the settlement.

    IT IS SO ORDERED.

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE
UNITED STATES DISTRICT COURT**